IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ANDRE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CO BRYANT, CO HENDERSON, CO FROPOLI, CO GAMBLE, BENITA WITHERSPOON, GRIEVANCE COORDINATOR, and SHERIFF BOBBY KIMBROUGH,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:26-cv-656 |

**ORDER**

On July 22, 2026, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 31st day of August, 2026.

William L. Osteen, Jr.
United States District Judge